Revision and that the board certify its action in this matter to the Tax Commissioner as required by R.C. 5715.20 at which time the appeal time will begin to run.

COOK, J., not participating.

**2002–1218.   Zanesville City Schools Bd. of Edn. v. Muskingum Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2001–T–600 and 2001–T–632.

This cause is pending before the court as an appeal from the Board of Tax Appeals. Appellant having failed to show cause why this appeal should not be dismissed upon the authority of *Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision*, 96 Ohio St.3d 165, 2002-Ohio-4033, 772 N.E.2d 1160,

IT IS ORDERED by the court that this cause be remanded to the Muskingum County Board of Revision and that the board certify its action in this matter to the Tax Commissioner as required by R.C. 5715.20 at which time the appeal time will begin to run.

COOK, J., not participating.

**2002–1304.   Feathers v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 01–A–599.

This cause is pending before the court as an appeal from the Board of Tax Appeals. Appellant having failed to show cause why this appeal should not be dismissed upon the authority of *Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision*, 96 Ohio St.3d 165, 2002-Ohio-4033, 772 N.E.2d 1160,

IT IS ORDERED by the court that this cause be remanded to the Summit County Board of Revision and that the board certify its action in this matter to the Tax Commissioner as required by R.C. 5715.20 at which time the appeal time will begin to run.

COOK, J., not participating.

**2002–1366.   The Royal Group Ltd. Liab. Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2000–A–2052.

This cause is pending before the court as an appeal from the Board of Tax Appeals. Appellant having failed to show cause why this appeal should not be dismissed upon the authority of *Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision*, 96 Ohio St.3d 165, 2002-Ohio-4033, 772 N.E.2d 1160,

IT IS ORDERED by the court that this cause be remanded to the Cuyahoga County Board of Revision and that the board certify its action in this matter to the Tax Commissioner as required by R.C. 5715.20 at which time the appeal time will begin to run.

COOK, J., not participating.

# MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1920.   State ex rel. Thieman v. Indus. Comm.**
Franklin App. No. 01AP–1274, 2002-Ohio-5071.